UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:25-cr-41-TJC-SJH

PING PING ZHENG

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Consent Motion for Entry of a Preliminary Order of Forfeiture for the following assets:

   a. Real property, including all improvements thereon and appurtenances thereto, located at 12572 Shallow Brook Court, Jacksonville, Florida 32225, the legal description for which is:

      Lot 11, Springbrook Unit One, according to map or plat thereof as recorded in Plat Book 54, Page 49, of the Public Records of Duval County Florida.

      Parcel Identification Number: 165265-5055
      Record Owner: Ping Ping Zheng

   b. A 2017 Ford Transit van, VIN: 1FBZX2YM1HKA47158, titled to Ping Ping Zheng.

Being fully advised of the relevant facts, the Court finds that the United States has established the requisite nexus between the assets and the defendant's offense of harboring an alien who was unlawfully present in the United States, for the purpose of commercial advantage and private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), as charged in Count One of the Information.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' consent motion (Doc. 41) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(6) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets are hereby FORFEITED to the United States for disposition according to law.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the assets and to entertain any third-party claims that may be filed in these proceedings.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of May, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

Copies to:
Jennifer M. Harrington, AUSA
Counsel of Record